AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| NANCY GRIFFIN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF RALEIGH, NORTH CAROLINA,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:09-CV-372-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS the City of Raleigh's Motion for Summary Judgment [D.E. #20]. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 29 2011** WITH A COPY TO:

Caitlyn Fulghum (via CM/ECF Notice of Electronic Filing)
Laura E. Conner (via CM/ECF Notice of Electronic Filing)
Hunt K. Choi (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>March 29, 2011</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer         </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |