IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-372-D

NANCY GRIFFIN, )
)
Plaintiff, )
)
v. ) **ORDER ON BILL OF COSTS**
)
CITY OF RALEIGH, NORTH CAROLINA, )
)
Defendant. )

On March 29, 2011, the court granted City of Raleigh, North Carolina's ("defendant") motion for summary judgment [D.E. 29] and entered judgment in favor of defendant [D.E. 30]. On April 12, 2011, defendant filed an application for costs in the total sum of $4,856.24 [D.E. 32] and a memorandum in support of its request [D.E. 33]. On March 23, 2012, the undersigned granted in part and denied in part defendant's application for costs [D.E. 36]. Defendant was awarded $350.00 for the filing fee in removing the action from state court, $428.50 for the process server fees, and $101.70 for witness attendance fees. Defendant was also allowed the costs for the original deposition transcripts and reporting fees, but was directed to resubmit its bill of costs to include itemization of costs for the original deposition transcripts and court reporter's fees only and not including costs for additional transcript copies. On April 3, 2012, defendant resubmitted its application [D.E. 37], including the requested revised invoices, which indicated that the costs for the original deposition transcripts and court reporter's fees were $2,591.00. See Bill of Costs Ex. D-F [D.E. 37-4 to 37-6]. Plaintiff filed a response [D.E. 38], which asserted no objection to the application for costs.

Accordingly, in conformity with the March 23, 2012 Order, defendant is awarded $2,591.00 in transcript costs, $350.00 for the filing fee in removing the action from state court, $428.50 for the process server fees, and $101.70 for witness attendance fees. A total of $3,471.20 in costs are taxed against plaintiff Nancy Griffin and included in the judgment.

SO ORDERED. This 25th day of January 2013.

_Julie A. Richards_
Julie A. Richards, Clerk of Court